IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:20-CR-00240-KDB-DSC

| UNITED STATES OF AMERICA, | ) |
|---|---|
| v. | ) **ORDER** |
| TRIMAINE ANTHONY BRYAN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 286) ("Motion"). Accordingly, the Court **GRANTS** the Government's Motion to Dismiss. Furthermore, the Court will **DENY** Defendant's Motion for a Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29 as moot.

**SO ORDERED.**

Signed: November 5, 2021

Kenneth D. Bell
United States District Judge